Trudy A. Nowak
2001 E. Campbell Ave., Suite 201
Phoenix, AZ 85016

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 4:12-bk-11358-EWH |
| | § | |
| MINDY ANNETTE SLANAKER | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>05/22/2012</u>. The undersigned trustee was appointed on <u>05/22/2012</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $4,419.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $39.28 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $1,714.46 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $2,665.26 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/16/2013 and the deadline for filing government claims was 07/16/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $676.14. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $676.14, for a total compensation of $676.14[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $49.03, for total expenses of $49.03.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/30/2013      By: /s/ Trudy A. Nowak
                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

Page No: 1

| Case No.: | 12-11358-EWH | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|
| Case Name: | SLANAKER, MINDY ANNETTE | | Date Filed (f) or Converted (c): | 05/22/2012 (f) |
| For the Period Ending: | 12/30/2013 | | §341(a) Meeting Date: | 07/30/2012 |
| | | | Claims Bar Date: | 07/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Debtor's residence: Location: 9250 N Jessy Lane, Tucson AZ 85742 | | $150,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice to Abandon 8.15.12 DE 22 | | | | | | |
| 2 | rental property: 566 Summer Rain Drive, Oro Valley, AZ 85742 debtor is attempting short sale | | $125,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice to Abandon 8.15.12 DE 22 | | | | | | |
| 3 | personal checking -- canyon community bank ***532 | | $150.00 | $0.00 | | $0.00 | FA |
| 4 | business checking -- canyon community bank Acct # ***573 | | $20.00 | $20.00 | | $0.00 | FA |
| 5 | Location: 9250 N Jessy Lane, Tucson AZ 85742 | | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Location: 9250 N Jessy Lane, Tucson AZ 85742 | | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Ongoing child support -- right to receive $868 per month; no property settlements pending | | $0.00 | $0.00 | | $0.00 | FA |
| 8 | real estate license and MLS membership | | $0.00 | $0.00 | | $0.00 | FA |
| 9 | 2010 Chev Traverse VIN ***14839 Location: 9250 N Jessy Lane, Tucson AZ 85742 | | $18,865.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice to Abandon 8.15.12 DE 22 | | | | | | |
| 10 | MLS keysafes; miscellaneous office supplies; office computer; home computer | | $2,500.00 | $0.00 | | $0.00 | FA |
| 11 | 2012 Tax refund | (u) | $0.00 | $1,500.00 | | $3,445.74 | FA |
| 12 | 2012 tax refund - duplicate entry to asset 11 | (u) | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Outstanding commission | (u) | $0.00 | $375.00 | | $375.00 | FA |
| 14 | Cash on hand day of filing | (u) | $0.00 | $598.26 | | $598.26 | FA |

| TOTALS (Excluding unknown value) | $297,535.00 | $2,493.26 | | $4,419.00 | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | | | | | $0.00 |

**Major Activities affecting case closing:**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 12-11358-EWH | | | Trustee Name: | Trudy A. Nowak |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SLANAKER, MINDY ANNETTE | | | Date Filed (f) or Converted (c): | 05/22/2012 (f) |
| For the Period Ending: | 12/30/2013 | | | §341(a) Meeting Date: | 07/30/2012 |
| | | | | Claims Bar Date: | 07/16/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 08/15/2012 | CONCLUDED 2012 tax returns/refunds | | | | | |
| | 1.12.13 mailed IRS turnover letter..dkw | | | | | |
| | 1.14.13 mailed tax return reminder letter.. | | | | | |
| | 4.17.13 received copy of tax returns, refund $4344/refund $75, received state refund.dkw | | | | | |
| | received both refunds..dkw | | | | | |
| 10/01/2012 | QR open pending 2012 tax returns | | | | | |
| 01/03/2013 | QR open pending 2012 tax returns | | | | | |
| 04/01/2013 | QR open pending tax returns | | | | | |
| 06/01/2013 | Ready for TFR pending claim review..dkw | | | | | |
| 06/30/2013 | QR Review debtor tax settlement and write payment..dkw | | | | | |
| 10/01/2013 | QR Ready for TFR..dkw | | | | | |
| 11/20/2013 | CONCLUDED Claims: 11.19.13 Filed objection to claim 2 and 5, response by 12.6.13...dkw | | | | | |
| | 12.10.13 Order uploaded..dkw | | | | | |
| | 12.12.13 Order sustaining objections signed...dkw | | | | | |

Initial Projected Date Of Final Report (TFR):　12/31/2013　　Current Projected Date Of Final Report (TFR):

/s/ TRUDY A. NOWAK
TRUDY A. NOWAK

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-11358-EWH | | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|---|
| Case Name: | SLANAKER, MINDY ANNETTE | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7934 | | | Checking Acct #: | ******1358 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| Per Period Beginning: | 5/22/2012 | | | Blanket bond (per case limit): | $72,661,955.00 |
| Per Period Ending: | 12/30/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/12/2013 | (11) | ARIZONA DEPARTMENT OF REVENUE | 2012 State tax refund | | 1224-000 | $75.00 | | $75.00 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $0.05 | $74.95 |
| 05/01/2013 | | United States Treasury | 2012 Federal Tax Refund | | * | $4,344.00 | | $4,418.95 |
| | {11} | | Tax refund | $3,370.74 | 1224-000 | | | $4,418.95 |
| | {13} | | Outstanding commission | $375.00 | 1229-000 | | | $4,418.95 |
| | {14} | | Cash on hand | $598.26 | 1229-000 | | | $4,418.95 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $6.67 | $4,412.28 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $6.88 | $4,405.40 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $7.10 | $4,398.30 |
| 08/08/2013 | 3001 | MINDY SLANAKER | Debtor(s)' portion of 2012 Federal and State tax refunds, less cash on hand day of filing and outstanding commissions | | 8500-002 | | $1,714.46 | $2,683.84 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $5.93 | $2,677.91 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $4.18 | $2,673.73 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $4.31 | $2,669.42 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $4.16 | $2,665.26 |

SUBTOTALS  $4,419.00  $1,753.74

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-11358-EWH | | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|---|
| Case Name: | SLANAKER, MINDY ANNETTE | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7934 | | | Checking Acct #: | ******1358 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 5/22/2012 | | | Blanket bond (per case limit): | $72,661,955.00 |
| For Period Ending: | 12/30/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $2,665.26 |
| | | | **TOTALS:** | | $4,419.00 | $1,753.74 | |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,419.00 | $1,753.74 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,419.00 | $1,753.74 | |

**For the period of 5/22/2012 to 12/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $4,419.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,419.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39.28 |
| Total Non-Compensable Disbursements: | $1,714.46 |
| Total Comp/Non Comp Disbursements: | $1,753.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/12/2013 to 12/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $4,419.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,419.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39.28 |
| Total Non-Compensable Disbursements: | $1,714.46 |
| Total Comp/Non Comp Disbursements: | $1,753.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 12-11358-EWH | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|
| Case Name: | SLANAKER, MINDY ANNETTE | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7934 | | Checking Acct #: | ******1358 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/22/2012 | | Blanket bond (per case limit): | $72,661,955.00 |
| For Period Ending: | 12/30/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**             **NET DEPOSITS**       **NET DISBURSE**       **ACCOUNT BALANCES**

$4,419.00       $1,753.74       $2,665.26

**For the period of 5/22/2012 to 12/30/2013**                          **For the entire history of the case between 05/22/2012 to 12/30/2013**

| | | | | |
|---|---|---|---|---|
| Total Compensable Receipts: | $4,419.00 | | Total Compensable Receipts: | $4,419.00 |
| Total Non-Compensable Receipts: | $0.00 | | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,419.00 | | Total Comp/Non Comp Receipts: | $4,419.00 |
| Total Internal/Transfer Receipts: | $0.00 | | Total Internal/Transfer Receipts: | $0.00 |
| | | | | |
| Total Compensable Disbursements: | $39.28 | | Total Compensable Disbursements: | $39.28 |
| Total Non-Compensable Disbursements: | $1,714.46 | | Total Non-Compensable Disbursements: | $1,714.46 |
| Total Comp/Non Comp Disbursements: | $1,753.74 | | Total Comp/Non Comp Disbursements: | $1,753.74 |
| Total Internal/Transfer Disbursements: | $0.00 | | Total Internal/Transfer Disbursements: | $0.00 |

/s/ TRUDY A. NOWAK
_____
TRUDY A. NOWAK

| Case No. | 12-11358-EWH | | | Trustee Name: | | | Trudy A. Nowak |
|---|---|---|---|---|---|---|---|
| Case Name: | SLANAKER, MINDY ANNETTE | | | Date: | | | 12/30/2013 |
| Claims Bar Date: | 07/16/2013 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | TRUDY A. NOWAK<br>2001 E. Campbell Ave., Suite 201<br>Phoenix AZ 85016 | 12/30/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $49.03 | $49.03 | $0.00 | $0.00 | $0.00 | $49.03 |
|  | TRUDY A. NOWAK<br>2001 E. Campbell Ave., Suite 201<br>Phoenix AZ 85016 | 12/30/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $676.14 | $676.14 | $0.00 | $0.00 | $0.00 | $676.14 |
| 1 | AMERICAN INFOSOURCE LP<br>as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City OK 73124-8866 | 04/17/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,386.00 | $1,386.11 | $1,386.11 | $0.00 | $0.00 | $0.00 | $1,386.11 |
| 2 | QUANTUM3 GROUP LLC<br>as agent for Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | 04/30/2013 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $1,460.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Lacks supporting documentation/amount of claim significantly higher than scheduled amount<br>Trustee Objection to Claim 11.19.13 DE 34<br>Order sustaining objection 12.12.13 DE 38 | | | | | | | | | | | |
| 3 | NCO FINANCIAL SYSTEMS, INC.<br>PO Box 4275<br>Norcross GA 30091 | 05/03/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $825.00 | $824.92 | $824.92 | $0.00 | $0.00 | $0.00 | $824.92 |
| 4 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 06/28/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $5,803.00 | $5,803.60 | $5,803.60 | $0.00 | $0.00 | $0.00 | $5,803.60 |

| Case No. | 12-11358-EWH | | | | | Trustee Name: | | | Trudy A. Nowak |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SLANAKER, MINDY ANNETTE | | | | | Date: | | | 12/30/2013 |
| Claims Bar Date: | 07/16/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | AMERICAN EXPRESS BANK, FSB c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | 06/28/2013 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $5,803.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Duplicate to claim 4 Trustee Objection to Claim 11.19.13 DE 35 Order sustaining objection 12.12.13 DE 37 | | | | | | | | | | | | |
| 6 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | 07/09/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,200.00 | $3,593.18 | $3,593.18 | $0.00 | $0.00 | $0.00 | $3,593.18 |
| 7 | CAPITAL ONE, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson AZ 85712 | 07/10/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,700.00 | $3,900.47 | $3,900.47 | $0.00 | $0.00 | $0.00 | $3,900.47 |
| | | | | | | | $23,497.34 | $16,233.45 | $0.00 | $0.00 | $0.00 | $16,233.45 |

**CLAIM ANALYSIS REPORT**

Page No: 3  Exhibit C

| Case No. | 12-11358-EWH | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|
| Case Name: | SLANAKER, MINDY ANNETTE | Date: | 12/30/2013 |
| Claims Bar Date: | 07/16/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $22,772.17 | $15,508.28 | $0.00 | $0.00 | $0.00 | $15,508.28 |
| Trustee Compensation | $676.14 | $676.14 | $0.00 | $0.00 | $0.00 | $676.14 |
| Trustee Expenses | $49.03 | $49.03 | $0.00 | $0.00 | $0.00 | $49.03 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 4:12-bk-11358-EWH
Case Name: MINDY ANNETTE SLANAKER
Trustee Name: Trudy A. Nowak

| | |
|---|---:|
| Balance on hand: | $2,665.26 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $2,665.26 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trudy A. Nowak, Trustee Fees | $676.14 | $0.00 | $676.14 |
| Trudy A. Nowak, Trustee Expenses | $49.03 | $0.00 | $49.03 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $725.17 |
| Remaining balance: | $1,940.09 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,940.09 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,940.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-TFR (5/1/2011)

Timely claims of general (unsecured) creditors totaling $15,508.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP | $1,386.11 | $0.00 | $173.40 |
| 3 | NCO financial Systems, Inc. | $824.92 | $0.00 | $103.20 |
| 4 | American Express Bank, FSB | $5,803.60 | $0.00 | $726.03 |
| 6 | Capital Recovery V, LLC | $3,593.18 | $0.00 | $449.51 |
| 7 | Capital One, N.A. | $3,900.47 | $0.00 | $487.95 |

Total to be paid to timely general unsecured claims: $1,940.09
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00